Robert G. McMillen
TELQUIST, ZIOBRO & MCMILLEN
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
(509)737-8500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In re: | ) | Case No.: 10-06966-FLK13 |
| | ) | |
| KEVIN & STEPHANIE RAABE, | ) | MODIFICATION OF PLAN AND |
| Debtor. | ) | NOTICE THEREOF |
| | ) | |

DEBTOR modifies the Plan previously filed in these proceedings in the following respects pursuant to 11 U.S.C. § 1329 and 11 U.S.C. 506:

> **Pursuant to Plan Paragraph III.2.b.3 the 2nd mortgage continuing claim of BAC Home Loans shall be paid by the Trustee in the amount of $453.58 beginning February 2011.**
>
> **Pursuant to Plan Paragraph III.5.a the arrearage claim on the 2nd mortgage for BAC Home Loans shall be paid at the rate of 0% at a Pro Rata rate.**
>
> **The base amount shall remain the same and all other plan provisions remain unchanged.**

All other aspects of the Plan remain unchanged. It is certified that the Modified Plan proposes to be completed within five years after the time that the first payment under the original plan was due. It is further certified that this Notice has been served upon all affected entities.

NOTICE IS GIVEN that, unless an Objection to this Modification of Plan is filed with the U.S. Bankruptcy Court of the Eastern District of Washington, third Floor, U.S. Post Office Building, West 904 Riverside, Spokane, WA 99201, and served upon the undersigned, and upon Daniel Brunner, Chapter 13 Trustee, Suite 540, Lincoln Building, 818 W. Riverside, Spokane, WA 99201, no later than twenty-four (24) days of the date of this Modification of Plan and Notice Thereof, the Plan as modified shall become the Plan.

DATED: 2-14-11                    TELQUIST, ZIOBRO & MCMILLEN
                                  Attorneys for Debtor

                                  /s/ Robert G. McMillen
                                  Robert G. McMillen #29831

MODIFICATION OF PLAN AND NOTICE
THEREOF - 1

TELQUIST, ZIOBRO & MCMILLEN
1333 COLUMBIA PARK TRAIL, SUITE 110
RICHLAND, WA 99352
(509)737-8500 (509)737-9500 fax

10-06966-FLK13    Doc 32    Filed 02/14/11    Entered 02/14/11 09:51:07    Pg 1 of 1