Robert G. McMillen
TELQUIST, ZIOBRO & MCMILLEN
1333 Columbia Park Trail, Suite 110
Richland, WA 99352
(509)737-8500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:                                    ) Case No.: 10-06966-FLK13
                                          )
                                          ) MODIFICATION OF PLAN AND CERTIFICATE
KEVIN & STEPHANIE RAABE,                   ) OF NO ADVERSE AFFECT
                                          )
            Debtor.                       )
_____ )

DEBTOR modifies the Plan previously filed in these proceedings in the

following respects.

> **Pursuant to Plan Paragraph III.A.4.a HAPO Community
> Credit Union shall be paid $16,000 at 6.55% interest
> with a monthly payment of $313.43 beginning March,
> 2011**
>
> **The base amount shall increase to $193,928 with
> graduated payments as follows:**
>
> **$3,210.00 x 2 = $6,240.00**
> **$3,236.00 x 58 =$187,688.00**
>
> **All other plan provisions remain unchanged.**

    CERTIFICATE OF NO ADVERSE AFFECT – Debtor certifies that this
Modification of Plan has no adverse affect upon the creditors.  All other
aspects of the Plan remain unchanged.  It is certified that the Modified Plan
proposes to be completed within five years after the time that first payment
under the original confirmed plan was due.  It is further certified that this
Notice has been served upon all affected entities.

    DATED: 2-17-11

                              TELQUIST, ZIOBRO & MCMILLEN
                              Attorneys for Debtor


                              _____
                              Robert G. McMillen #29831

MODIFICATION OF PLAN WITH CERTIFICATE
OF NO ADVERSE AFFECT  - 1